

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: THE STATE OF TEXAS, | § | No. 08-12-00177-CR |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The court has considered this cause on the Relator′s petition for writ of mandamus against the Honorable Patrick Garcia, Judge of the 384th District Court of El Paso, Texas, and conditionally grants relief, in accordance with the opinion of this court. The writ will issue only if the trial court fails to comply with this opinion.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.
Antcliff, J., not participating